UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MALENA TORRICO,**

    Plaintiff,

vs.                              Case No.

**LOCKHEED MARTIN CORPORATION,**

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff **MALENA TORRICO** ("Plaintiff"), by and through the undersigned, hereby sues Defendant **LOCKHEED MARTIN CORPORATION** ("Defendant") and alleges as follows:

**INTRODUCTION**

1. This is an action brought pursuant to Title VII of the Civil Rights Act of 1964 (Title VII).

**JURISDICTION AND VENUE**

2. This Court has federal question jurisdiction over this claim as it is brought pursuant to Title VII.

3. All administrative prerequisites have been exhausted or excused.

4. Venue is proper in the Court because all facts material to all claims set forth herein occurred in the Middle District of Florida and Plaintiff resides in Pasco County, Florida.

**PARTIES**

5. At all times material to this action, Defendant was a "foreign corporation" conducting business in Middle District of Florida.

6. At all times material to this action, Plaintiff was an employee of Defendant pursuant to the terms of all applicable statutes and Defendant was the employer of Plaintiff pursuant to the terms of all applicable statutes.

## GENERAL ALLEGATIONS

7. Defendant is a gigantic multinational corporation involved in a wide range of industries, including but not limited to aerospace, space, defense, energy, and emerging technology.

8. Plaintiff began working for Defendant on or about October 7, 2007 as a Senior Technician.

9. During her employment, Plaintiff was subjected to a near constant stream of harassing comments about her because of her sex by co-workers and supervisors.

10. For example, Plaintiff was told by her supervisor on multiple occasions that he was an "ass man."

11. Co-workers and supervisors frequently ogled Plaintiff's breasts and made derogatory comments about Plaintiff's breasts.

12. In front of a large group of co-workers, one individual placed sponge material in her bra to simulate large breasts and said to Plaintiff that now the men would like her because now she had "big tits like you." That employee then sat in another co-worker's seat and rubbed her simulated large breasts in his face. Other employees laughed at Plaintiff during this harassing conduct.

13. Plaintiff complained to management about the harassment and nothing was done.

14. Plaintiff requested transfers to different departments within the company because of the harassment but these requests were denied.

15. After one complaint a co-worker placed a condom with a white material designed to look like semen on Plaintiff's work telephone. A photograph is attached as Exhibit A.

16. Because of the harassment suffered by Plaintiff her working conditions became so intolerable that the she was forced to go on a medical leave.

17. Subsequently, Defendant terminated Plaintiff's employment on or about October 6, 2013, which represented a constructive discharge because the underlying harassment by Defendant was such that Plaintiff and a reasonable person in Plaintiff's position would not have been able to continue to work.

18. Defendant has a policy or practice of discriminating against employees based on their sex.

19. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC").

20. The EEOC determined that there was reasonable cause to believe that Plaintiff was the victim of discrimination.

21. Although the notice of Right to Sue was dated August 15, 2017, it was not received by Plaintiff until March 31, 2018.

22. This Complaint is being filed within 90 days of the receipt of the Right to Sue by Plaintiff.

23. All administrative notice requirements and prerequisites have been satisfied.

24. Plaintiff has retained the services of the undersigned attorneys and is obligated to pay the undersigned a reasonable fee for their services.

25. Plaintiff demands a trial by jury on all claims alleged herein.

## COUNT I
## UNLAWFUL DISCRIMINATION UNDER TITLE VII

26. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 25 as if fully stated herein.

27. The actions of Defendant as detailed above are a violation of Title VII in that Defendant discriminated against Plaintiff because of her sex and retaliated against her for complaining about the discrimination.

28. Plaintiff suffered damages due to the harassment and retaliation

WHEREFORE, Plaintiff prays that judgment be entered in Plaintiff's favor and against Defendant and that the Court award: back pay; front pay; compensatory damages; pre- and post-judgment interest; reinstatement; punitive damages; reasonable costs and attorneys' fees; and all other relief that the Court or the Jury determines to be just and proper.

## REQUEST FOR JURY TRIAL

Plaintiff requests trial by jury on all issues so triable.

Respectfully submitted,

/s/ Ryan D. Barack
Ryan D. Barack
Florida Bar No. 0148430
rbarack@employeerights.com
Jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
mnadeau@employeerights.com
Jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiff